1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JULIE MEYER,

                Plaintiff,

      v.

UNITED BEHAVIORAL HEALTH, INC., A MINNESOTA CORPORATION,

                Defendant.

Case No. 13-cv-05072 NC

**ORDER RE: LETTER FROM JAMES RENTON**

Re: Dkt. No. 12

      Upon the parties' stipulation, this case was stayed pending completion of arbitration. Dkt. No. 11. On September 24, 2014, the Court received a letter signed by "James Renton, Individually." *See* Dkt. No. 12 at 27. The letter seeks relief with respect to a deposition subpoena served by Seyfarth Shaw (counsel for defendant in this case) on third party Diane Renton. The letter raises concerns, among others, that the subpoena harasses Diane Renton and that compliance with the subpoena would put at risk Diane Renton's safety. James Renton identifies himself as the son of Diane Renton. There is no indication, however, that the letter was filed by James Renton as an attorney representing Diane Renton.

      The Local Rules provide that "[a]ny party representing him or herself without an attorney must appear personally and may not delegate that duty to any other person who is not a member of the bar of this Court." Civ. L.R. 3-9(a). Furthermore, "[a] person

Case No. 13-cv-05072 NC
ORDER RE: LETTER

1 representing him or herself without an attorney is bound by the Federal Rules, as well as by

2 all applicable local rules." *Id.*

3      Because the relief requested in the letter is presented not by Diane Renton but by her

4 son, it is denied without prejudice.  Diane Renton may renew her request appearing pro se,

5 or through an attorney who is a member of the bar of this Court.

6      For additional guidance, Diane Renton may refer to the Court's Pro Se Handbook,

7 available at http://www.cand.uscourts.gov/prosehandbook on the Court's website, or

8 contact the Legal Help Center, which provides information and limited-scope legal advice

9 to pro se litigants in civil cases.  The Legal Help Center requires an appointment, which can

10 be made by calling (415) 782-8982.

11      IT IS SO ORDERED.

12      Date: September 30, 2014

                            Nathanael M. Cousins

13                             United States Magistrate Judge

Case No. 13-cv-05072 NC
ORDER RE: LETTER       2