UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MEYER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED BEHAVIORAL HEALTH,<br><br>    Defendant. | Case No. 13-cv-05072 NC<br><br>**NOTICE OF DEFICIENCY**<br><br>Re: Dkt. No. 17 |

The Court has not received plaintiff's opposition or statement of non-opposition to defendant's motion to confirm arbitration award. The opposition was due April 13, 2015. Plaintiff must respond by May 4, 2015.

**IT IS SO ORDERED.**

Dated:  May 1, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:13-cv-05072-NC